MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIAN MEJIA-AVILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-CR-00436 LJO |
| ) | |
| Plaintiff, ) | **ORDER DENYING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |
| v. ) | |
| ) | |
| JULIAN MEJIA-AVILES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Application For Subpoena Duces Tecum, filed by defendant JULIAN MEJIA-AVILES **IS HEREBY GRANTED** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the California Department of Corrections and Rehabilitation, Departmental Archives, 2015 Aerojet Rd. Suite D, Rancho Cordova, California 95742, for production of:

   1) any miscellaneous decisions by the Board of Parole Hearings regarding Julian Mejia-Aviles, DOB 4/12/1961 and CDCR T21275;  and

   2) the document which extended, and alleged a justification to extend, parole subsequent to June 13, 2006,  for Julian Mejia-Aviles, DOB 4/12/1961 and CDCR T21275.

The request is DENIED as the application is an improper use of Rule 17 (c). The application is clearly for the purpose of discovery, and the material requested is not intended to be used either at trial or at a scheduled hearing, but rather is to be used for negotiating a plea bargain. Once a plea has been entered and a sentencing date set, if Counsel represents the need for such documents at that hearing, then the request would be proper. Should this occur, then Defense Counsel is to provide notice to

1  the Government that such a request has been made. An obvious exception would be if both
2  Counsel agreed to the need and filed a stipulated request for such an Order to issue.
3         IT IS SO ORDERED.

5  DATED: February 9, 2011                      /s/ Lawrence J. O'Neill
                                                LAWRENCE J. O'NEILL, Judge
6                                               United States District Court
                                                Eastern District of California

28 Application for Subpoena Duces Tecum Pursuant to
   Fed.R.Crim.P. 17(c) on Behalf of Defendant; Points
   and Authorities; Declaration; [Proposed] Order        2